UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GUARANTEE COMPANY OF NORTH AMERICA USA,<br><br>            Plaintiff,<br><br>    v.<br><br>APPLEGATE et. al.,<br><br>            Defendants. | No.  1:13-cv-01754-AWI-SMS<br><br>**ORDER OF DISMISSAL** |

   Pursuant to the joint stipulation for dismissal with prejudice filed January 26, 2015 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

   IT IS HEREBY ORDERED that this matter be dismissed without prejudice, each party to bear its own costs, attorney fees and expenses. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   January 27, 2015                        _____
                                                                    SENIOR  DISTRICT  JUDGE

1